

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00099-CR

Rodolfo Mata **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4828
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 25, 2015.

_____
Karen Angelini, Justice